858

No. 82–20.   Sanzo *v.* United States.   C. A. 2d Cir. Certiorari denied. ▮

No. 82–21.   Carswell *v.* Milgrim et al.   Sup. Ct. Va. Certiorari denied.

No. 82–26.   First State Bank of Miami *v.* Gotham Provision Co., Inc., et al.   C. A. 11th Cir.   Certiorari denied. ▮

No. 82–27.   Marina Point, Ltd. *v.* Wolfson et al. Sup. Ct. Cal.   Certiorari denied. ▮

No. 82–30.   Payne et al. *v.* Bobbie Brooks, Inc. C. A. 6th Cir.   Certiorari denied. ▮

No. 82–31.   Sabet *v.* American Express International Banking Corp.   C. A. 2d Cir.   Certiorari denied. ▮

No. 82–32.   Levin *v.* United States.   C. A. 3d Cir. Certiorari denied.

No. 82–35.   Reisner, dba Intermeccanica Automobili, et al. *v.* General Motors Corp. et al.   C. A. 2d Cir.   Certiorari denied. ▮

No. 82–36.   Shields *v.* United States.   C. A. 11th Cir. Certiorari denied. ▮

No. 82–37.   Janowski et al. *v.* International Brotherhood of Teamsters Local No. 710 Pension Fund et al.   C. A. 7th Cir.   Certiorari denied. ▮

No. 82–40.   Suncrest Environmental Resources Corp. *v.* United States.   C. A. 3d Cir.   Certiorari denied. ▮